# **EXHIBIT A**

- 17 -

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S
APPLICATION FOR DEFAULT JUDGMENT

## Herber, Sharon v. Professional Adjustment Corporation
Matter ID: FL1838F09RJ

| Date | Timekeeper / Description | Time (hrs) |
|---|---|---|
| Tue May 18, 2010 | **Vivek Tandon** — Drafted Motion for Default Judgment; prepared timesheet and declarations for motion (.7); drafted Notice and Motion for Default Judgment (.8); sent to James Pacitti for review and confirmation regarding filing; revised and sent to paralegal for filing; Tandon, Vivek/Consulting Non-Florida Attorney | 1.50 |
| Wed May 12, 2010 | **Paul Eric Palomo** — Prepare Motion to Default Defendant; viewed court docket prior to filing request; reviewed file and prepared Request for Entry of Default; prepared Proof of Service; revised and finalized Request for Entry of Default; forwarded to James Pacitti for review and confirmation regarding filing; e-filed request with the court and gave a copy of filed document to legal assistant to serve on Defendant; Palomo, Paul/Paralegal | 1.00 |
| Wed Apr 21, 2010 | **Tatiana Thomas** — File proof of service; uploaded document to court ECF; downloaded filed document; saved to client's file for records; Tatiana Thomas/Law Clerk | 0.20 |
| Wed Apr 21, 2010 | **James Pacitti** — Receipt and review of ECF; return of service executed; Pacitti, James/Attorney | 0.10 |
| Mon Apr 12, 2010 | **James Pacitti** — Receipt and review of ECF notice; notice of case designation; Pacitti, James/Attorney | 0.10 |
| Wed Apr 7, 2010 | **Tatiana Thomas** — Serve defendant via process server; called and located process server; emailed documents needed for service; saved email to client's file; Tatiana Thomas/Law Clerk | 0.30 |
| Mon Apr 5, 2010 | **James Pacitti** — Receipt and review of ECF notice; summons issued; James Pacitti/Attorney | 0.10 |
| Mon Apr 5, 2010 | **James Pacitti** — Receipt and review of ECF notice; complaint filed; James Pacitti/Attorney | 0.10 |
| Tue Mar 30, 2010 | **James Pacitti** — Review and revise complaint, civil cover sheet and summons; forward to paralegal for filing; James Pacitti/Attorney | 0.30 |
| Tue Mar 30, 2010 | **Paul Eric Palomo** — Case up for filing; This is a case that was dismissed and we are re-filing; summons (2.); civil cover sheet (.1); agent for service of process (.2); final edit and review of complaint (.4); convert all docs to PDF and save to CD (.2); prepare letter to court for filing (1.); request check from accounting (.1); Palomo, Paul/Paralegal | 1.30 |
| Fri Mar 19, 2010 | **Ryan Lee** — Prepare complaint; prepare FDCPA Complaint for Federal Court; review local rules (.1); reviewed outline of interview (.5); review all documents and records (.1); prepare draft of complaint (.5); meeting with associate to discuss counts (.1); memo to file (.1); prepare letter to client with copy of complaint (.2); sent to James Pacitti for review and confirmation to file; (1.6); Lee, Ryan/Consulting Non-Florida Attorney | 1.60 |
| Mon Jan 11, 2010 | **Paul Eric Palomo** — Prepare and file motion for clerks entry of default; Palomo, Paul/Paralegal | 1.10 |

| Date | Person / Description | Hours |
|---|---|---|
| Fri Jan 8, 2010 | Ryan Lee<br>Received and reviewed return of service ECF; memo to file; Lee, Ryan/Consulting Non-Florida Attorney | 0.10 |
| Fri Dec 18, 2009 | Adam J Krohn<br>Review status of file; Herber, Sharon v. Professional Adjustment Corporation; Krohn, Adam/Managing Partner and Consulting Non-Florida Attorney | 0.10 |
| Tue Nov 17, 2009 | Moira Roth<br>File proof of service; Roth, Moira/Law Clerk | 0.20 |
| Tue Nov 10, 2009 | Paul Eric Palomo<br>Telephone call to Kim Cameron regarding incorrect defendant and possible correct defendant; Palomo, Paul/Paralegal | 0.20 |
| Tue Nov 10, 2009 | Paul Eric Palomo<br>Telephone to possible correct defendant Eilleen Silverstein; will return my call tomorrow per secretary; Palomo, Paul/Paralegal | 0.10 |
| Mon Nov 2, 2009 | Moira Roth<br>Serve defendant via process server; called and located process server; emailed documents needed for service; saved email to client's file; Roth, Moira/Law Clerk | 0.50 |
| Tue Oct 20, 2009 | Moira Roth<br>Case up for filing; research to determine registered agent for defendant (.1); prepare Summons (.3); prepare affidavit (.4); prepare cover sheets (.1); final review of complaint and prepare for filing (.2); mail to court or e-file (1.1); Roth, Moira/Law Clerk | 1.10 |
| Mon Oct 19, 2009 | Paul Eric Palomo<br>Response to sharon herbers email regarding signed letter; Palomo, Paul/Paralegal | 0.10 |
| Wed Oct 7, 2009 | Ryan Lee<br>Prepare Complaint and send to client; prepare FDCPA Complaint for Federal Court; review local rules (.1); reviewed outline of interview (.5); review all documents and records (.1); prepare draft of complaint (.5); meeting with associate to discuss counts (.1); memo to file (.1); prepare letter to client with copy of complaint (.2); sent to James Pacitti for review and confirmation to file; (1.6); Lee, Ryan/Consulting Non-Florida Attorney | 1.60 |
| Wed Sep 30, 2009 | Adam J Krohn<br>Open file in database (.2); discuss with associate and create factual summary (.3); prepare outline of linked events (.2); prepare Amicus Precedent to track case (.1); Krohn, Adam/Managing Partner and Consulting Non-Florida Attorney | 0.80 |
| Tue Sep 29, 2009 | Adam J Krohn<br>Reviewed inquiry from client and notes of client's initial contact with firm; set up consult with client and consulted with client regarding case facts to evaluate potential liability of Defendant; draft attorney-client agreement and send to client, confirmed receipt; memo to file of factual basis for client's claim and information pertaining to Defendant; Krohn, Adam/Managing Partner and Consulting Non-Florida Attorney | 1.30 |

**Total Time(hrs): 11.10**

## HERBER, SHARON V. PROFESSIONAL ADJUSTMENT CORPORATION

PURSUANT TO THE GUIDELINES AS PER THE *CONSUMER LAW ATTORNEY FEE SURVEY AND THE EXPERIENCE OF PLAINTIFF'S ATTORNEYS*, PLAINTIFF CALCULATES ATTORNEYS' FEES AS FOLLOWS:

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Adam Krohn | 2.2 | $394 | $ 866.80 |
| James Pacitti | 0.7 | $290 | $203.00 |
| Ryan Lee | 3.3 | $290 | $ 957.00 |
| Vivek Tandon | 1.5 | $195 | $292.50 |
| Paralegal | 6.1 | $125 | $ 762.50 |

TOTAL ATTORNEYS' FEES:   $3,081.80

COST OF FILING & SERVING
THE COMPLAINT:   $  361.61

TOTAL FEES AND COSTS:   $3,443.41