# **EXHIBIT B**

## BIOGRAPHY OF KROHN & MOSS, LTD. ATTORNEYS

1. **Adam J. Krohn**

Adam J. Krohn is the managing and founding partner of Krohn & Moss, Ltd. Consumer Law Center, a national consumer protection law firm founded in 1995. Mr. Krohn graduated from the University of Arizona in May 1991 and from the University of San Diego Law School in May 1994. He was admitted to the Illinois Bar in November 1994 and to the United States District Court for the Northern District of Illinois in December 1994. Mr. Krohn was also admitted to the Federal Trial Bar of the Northern District of Illinois in May 1997 and has been admitted to practice before the United States Court of Appeals for the Seventh Circuit. Mr. Krohn has also accepted a position as Adjunct Professor at Chapman University School of Law where he taught a class on Consumer Law during the Spring 2009 semester.

Mr. Krohn was employed as attorney at the Law Firm of Daniel Suber & Associates in August 1994 until August 1995. During his employment, Mr. Krohn participated in approximately ten (10) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice and was involved in litigation at both the state court and federal court levels.

Additionally, Mr. Krohn was employed as attorney at the Law Firm of Friedman & Olson, Ltd. from August, 1995 until October, 1995. During his employment, Mr. Krohn participated in approximately fifteen (15) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; settled over one thousand (1000) cases and was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice.

In May of 1998, Mr. Krohn obtained a $78,866.25 sum for his client, Pamela Connor. A

federal jury awarded her actual damages in the amount of $27,166.25 and an additional $25,000.00 in punitive damages against Ford Motor Company pursuant to the Illinois Consumer Fraud and Deceptive Business Practices Act. Mr. Krohn has first chaired at least eight (8) other trials and has personally settled over five hundred (500) cases for Illinois consumers alone.

Mr. Krohn is also responsible for all aspects of the law firm including both administrative responsibilities and legal aspects. Under Mr. Krohn's direct management, Krohn & Moss, Ltd. has been instrumental in shaping the development of consumer law across the country. Legal research will yield over 200 Krohn & Moss, Ltd. reported decisions from state appellate courts, state supreme courts, and federal district and circuit courts. These decisions detail tremendous achievements for consumers involving such matters as consumer fraud, breach of warranty, and fair debt reporting and collection issues. Recent significant consumer appellate cases by Krohn & Moss, Ltd. include:

| I | *Mydlach v. DaimlerChrysler Corp.*, Illinois Supreme Court |
| II | *American Honda Motor Co. v. Cerasani*, Florida Supreme Court |
| III | *Razor v. Hyundai Motor America*, Illinois Supreme Court |
| IV | *Peterson v. Volkswagen of America*, Wisconsin Supreme Court |
| V | *Mayberry v. Volkswagen of America*, Wisconsin Supreme Court |
| VI | *Hyundai Motor America v. Goodin*, Indiana Supreme Court |
| VII | *Isip v. Mercedes Benz-USA*, California Appellate Court |
| VIII | *Brunner v. DaimlerChrysler Corp.*, California Appellate Court |
| IX | *Pearson v. DaimlerChrysler Corp.*, Illinois Appellate Court |
| X | *Kemper v. Coachman Recreational Vehicle Co., LLC*, U.S. Dist Ct. (N.D. Ill.) |
| XI | *Vassilkovska v. Woodfield Nisan, Inc.*, Illinois Appellate Court |
| XII | *Check v. Clifford Chrysler*, Illinois Appellate Court |

XIII   *Jones v. William Buick*, Illinois Appellate Court

XIV   *Brown v. Trans Union, LLC*, U.S. Dist. Ct. (N.D. Ill)

XV   *Osuna v. Equifax Credit*, U.S. Dist. Ct. (N.D. Ill)

XVI   *Burns v. DaimlerChrysler Corp*, Florida Appellate Court

XVII   *McGuire v. American Suzuki Motor Corp.*, Ohio Appellate Court

XVIII   *Melton v. Frigidaire and Best Buy*, Illinois Appellate Court

XIX   *Edwards v. Hyundai Motor America*, Missouri Court of Appeals

XX   *McDonald v. Mazda Motors of America*, Georgia Court of Appeals

XXI   *Muller v. Winnebago Industries*, U.S. Dist. Ct. (D. Ariz)

XXII   *Lemons v. Showcase Motors, Inc.*, Arizona Appellate Court

As a nationally recognized consumer advocate, Mr. Krohn has been the focus of numerous articles regarding matters of consumer interest, and has also been interviewed by countless newspapers, television and radio stations, and other media outlets as an expert in the field of consumer protection. Mr. Krohn is a member of the National Association of Consumer Advocates, the National Consumer Law Center, Consumers for Auto Reliability and Safety, the Chicago Bar Association and the Illinois Trial Lawyers Association.

2.   **James D. Pacitti**

Mr. Pacitti is an associate attorney at Krohn & Moss whose practice is exclusively focused on consumer protection under the Fair Debt Collection Practices Act (FDCPA) and similar California statutes. Mr. Pacitti graduated cum laude from Northeastern University in 1992 and Fordham University School of Law in 1995. In over fourteen years since graduating law school, Mr. Pacitti has obtained a wide array of experience, especially in the areas of consumer protection. Mr.

Pacitti has been admitted to practice in Pennsylvania (1996), New York (1997), New Jersey (1997), Florida (1997) and California (2007). He is also admitted to practice in all federal districts courts for the State of California and the State of Florida.

Mr. Pacitti began his career in corporate securities and finance as an attorney at Safeguard Scientifics in Philadelphia beginning September 1995 through December 1996. Beginning in January 1997, Mr. Pacitti began working for the government as an assistant public defender in Delaware County, Pennsylvania where he represented hundreds of clients in criminal litigation before the Pennsylvania Court of Common Pleas. In September 1998, Mr. Pacitti moved to Florida and continued practicing criminal litigation for the State at the Seminole County Public Defender's Office outside Orlando, Florida. Mr. Pacitti worked for the public defender until May 2000, during which time he was lead or sole counsel in over thirty jury trials.

Mr. Pacitti began practicing civil litigation in May, 2000 at Grower, Ketcham, et al in Orlando, Florida performing insurance defense. However, he quickly transitioned to representing consumers beginning in January 2001 when he began his employment at Morgan & Morgan in Orlando, Florida, one of the largest consumer protection law firms in the country. During his six years at Morgan & Morgan, Mr. Pacitti was solely responsible for all aspects of representation of consumers in litigation against insurance companies and other corporate entities from initial consultation through trial and appeal. Mr. Pacitti represented thousands of clients during his tenure and was lead counsel in six civil trials to verdict.

3.  **Ryan Lee**

Mr. Lee joined Krohn & Moss in January, 2006 focusing on lemon law and consumer protection. He received his Juris Doctor from the Santa Clara University and is licensed in the State of California and the State of Arizona. He received his Bachelor of Arts degree from Arizona State University in Political Science and History. Mr. Lee is admitted in the Northern District of California, Eastern District of California, Western District of California, Southern District of California, District of Arizona, and the Northern District of Indiana.

Mr. Lee has focused his practice at Krohn & Moss on breach of warranty (Lemon Law) and the Fair Debt Collection Practices Act. He has handled every aspect of litigation including arbitration, mediation, motion practice and trial. Mr. Lee worked as general counsel for a life insurance marketing agency in Arizona prior to joining Krohn & Moss. He was involved in all aspects of the life insurance industry. Mr. Lee provided legal advice to clients regarding their life insurance policy options, managed the underwriting process, and managed the medical exam procedures.

4.  **Vivek Tandon**

Mr. Tandon joined Krohn & Moss in April 2010 focusing on consumer protection. He received his Juris Doctor from Suffolk University School of Law in 2007 and is licensed in the State of California. He received his Bachelor of Science degree from California State University Long Beach in Business Finance. He is admitted to practice in the United States California, Northern, Southern, and Eastern District Courts of California.

Mr. Tandon focuses his practice at Krohn & Moss on the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act. Prior to joining Krohn & Moss, he represented

parents in Juvenile Dependency courts in Los Angeles and Santa Clara Counties. During his time in dependency court, he handled every aspect of litigation including, initial hearings, jurisdictional hearings, mediations, motions and trials. He was the trial counsel on the following published case where the California Sixth District Appellate Court reversed the trial court's judgment. http://www.courtinfo.ca.gov/opinions/documents/H034242.PDF

During law school, he interned at the Los Angeles County District Attorney's office assisting in the prosecution of misdemeanors. In this final year of law school, he represented indigent defendants as a Student Attorney with Suffolk Defenders Criminal Law Clinic.

Prior to law school, Mr. Tandon worked as an underwriter for a national mortgage bank. He is active in the Southern California chapter of the South Asian Bar Association Public Interest Foundation and served as Events committee chair 2008-2009.