# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON HERBER,

    Plaintiff,

v.                                   Case No.: 10-cv-00794

PROFESSIONAL ADJUSTMENT CORPORATION,

    Defendant.
_____/

I, Adam Krohn, declare and state as follows:

1. I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.
2. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.
3. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.
4. I have also reviewed the time entries incurred in this case that bear the names of other attorneys and personnel from my firm. I am familiar with these time entries as I managed/supervised this case and I managed/supervised our bill.
5. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd., by entering each entry into a computer database, Amicus Attorney.
6. The time entries recorded in this case were made contemporaneous to the tasks performed.
7. The time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on May 19, 2010 at Los Angeles, California.

                                                              /s/ Adam Krohn
                                                              Adam Krohn

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON HERBER,

    Plaintiff,

v.                                        Case No.: 10-cv-00794

PROFESSIONAL ADJUSTMENT CORPORATION,

    Defendant.
_____/

I, James Pacitti, declare and state as follows:

1. I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.
2. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.
3. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.
4. I have also reviewed the time entries incurred in this case that bear the names of other attorneys and personnel from my firm. I am familiar with these time entries as I managed/supervised this case and I managed/supervised our bill.
5. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd., by entering each entry into a computer database, Amicus Attorney.
6. The time entries recorded in this case were made contemporaneous to the tasks performed.
7. The time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on May 19, 2010 at, California.

                                                                   /s/ James Pacitti
                                                                      James D. Pacitti

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON HERBER,

    Plaintiff,

v.    Case No.: 10-cv-00794

PROFESSIONAL ADJUSTMENT CORPORATION,

    Defendant.
_____/

I, Ryan Lee, declare and state as follows:

1. I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.
2. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.
3. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.
4. I have also reviewed the time entries incurred in this case that bear the names of other attorneys and personnel from my firm. I am familiar with these time entries as I managed/supervised this case and I managed/supervised our bill.
5. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd., by entering each entry into a computer database, Amicus Attorney.
6. The time entries recorded in this case were made contemporaneous to the tasks performed.
7. The time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on May 19, 2010 at Los Angeles, California.

                                              /s/ Ryan Lee
                                              Ryan Lee

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHARON HERBER,

    Plaintiff,

v.                                                 Case No.: 10-cv-00794

PROFESSIONAL ADJUSTMENT CORPORATION,

    Defendant.
_____/

I, Vivek Tandon, declare and state as follows:

1. I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.
2. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.
3. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.
4. I have also reviewed the time entries incurred in this case that bear the names of other attorneys and personnel from my firm. I am familiar with these time entries as I managed/supervised this case and I managed/supervised our bill.
5. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd., by entering each entry into a computer database, Amicus Attorney.
6. The time entries recorded in this case were made contemporaneous to the tasks performed.
7. The time incurred on each entry was reasonably and necessarily incurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on May 19, 2010 at Los Angeles, California.

                                                                /s/ Vivek Tandon
                                                                  Vivek Tandon